**<u>EXHIBIT A</u>**

4/29/22, 4:02 PM
Quantum 3 Media, LLC | Complaints | Better Business Bureau® Profile



# Better Business Bureau®

« Complaints

# Complaints

**Not BBB Accredited**

# Quantum 3 Media, LLC

📍 8530 Cliff Cameron Dr Charlotte, NC 28269-5906

🌐 https://quantum3media.com/

📞 (888) 293-8530

---

**Complaint Type:** Problems with Product/Service     **Status:** Resolved

04/22/2022

Today, all of a sudden, a company, using two different names so far, have called my home phone number concerning ******** supplemental insurance, at LEAST 15 times in the past 6 hours. For a while, they were calling every 15 minutes. They use a different phone number each time they call, If I don't answer, they hang up. If I do answer, the say the same repeated sales pitch. I told them to stop calling each time they call, but they wont stop calling. They say they are with ********Info, ***************************************************** and also with "The ******** Assistance by Quantum3media LLC".

**Business Response**

04/22/2022

4/29/22, 4:02 PM                    Quantum 3 Media, LLC | Complaints | Better Business Bureau® Profile

***************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed
in this complaint on our internal do not call list. We apologize for any disturbances this issue has
caused you. The information we received to enable us to contact you was provided from
someone using your IPaddress and input manually into our marketing data base. We have
also included National Do not call list information as well so you can possibly limit other
unwanted calls not related to our company. No further action will be taken by our company, and
we consider this matter resolved. Thank you
***************

The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop
unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone:
Call *************** or TTY:***************.

**Customer Response**                                                          04/22/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and
find that this resolution is satisfactory to me.

Sincerely,

*************************

**Complaint Type:** Problems with Product/Service        **Status:** Unanswered

03/22/2022

This company keeps calling my cellphone over 20 times a day can you please help!!! I
want to file a complaint with the ATTORNEY GENERAL OFFICE. I NEED THEM TO
STOP

**Complaint Type:** Delivery Issues        **Status:** Answered

03/18/2022

This company calls me 100's of times per month and usually several times per day. I

block one number and then they call back from a different number over and over again.

**Business Response**                                                     03/21/2022

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
***************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit *********.gov. By phone: Call *************** or TTY:***************.

**Complaint Type:** Problems with Product/Service     **Status:** Answered

03/17/2022

This is more about harassment than anything else. I've been receiving multiple calls a day, I'm talking back to back to back etc. Is there no way to keep these companies or whoever these people are, from making harassing calls? I'd block the numbers but they just call back using a new number. I'm looking for work right now & dealing with legal issues, family issues. This is just extra ********************* really don't need it. Just searching for a solution to the constant calls to my phone that are constantly distracting me from things that actually matter. I have no business with Quantum 3 media never ever heard of them before they started making these harassing calls.

**Business Response**                                                     03/21/2022

***************

Hello .

We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you

**************

The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit *********.gov. By phone: Call ************** or TTY:**************.

**Complaint Type:** Delivery Issues     **Status:** Answered

03/17/2022

Quantum three media continues to call even after they have been blocked

**Business Response**                                   03/21/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other

unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you

***************

The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit *********.gov. By phone: Call ************** or TTY:***************.

---

**Complaint Type:** Problems with Product/Service      **Status:** Resolved

03/16/2022

Quantum 3 Media is calling my cell phone multiple times a day. When I block one number, they use another. I understand they claim to remove all numbers from the No Call Registry. I just checked and my cell phone is registered with the No Call Registry and yet they have been blowing up my phone for the last two days. I want the calls to stop and, frankly, I think they should be investigated by some agency for ignoring the No Call Registry.

**Business Response**      03/16/2022

***************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you

***************

The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit *********.gov. By phone: Call ************** or TTY:***************.

**Customer Response**      03/16/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and find that this resolution is satisfactory to me.

Sincerely,

*****************************

---

**Complaint Type:** Problems with Product/Service       **Status:** Answered

03/11/2022

This company calls me several times a day, never leaving a message. I keep blocking their number and they keep calling from new ones. I am ALREADY on the do not call list, which I have been on since 2018 as I verified just now. It is driving me absolutely nuts and I am ready to start answering and finding really creative ways of wasting these people's time and driving up their costs. Watch me.

**Business Response**                                         03/16/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
**************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit *********.gov. By phone: Call ************** or TTY:**************.

**Complaint Type:** Problems with Product/Service    **Status:** Resolved

03/10/2022

These people called my phone 19 times yesterday and have been doing this for days. I am on the national "do not call" list and I have also asked them not to call this number again. They call from multiple numbers and I block one and they call from another. They also leave voice mails saying they are calling about ******** assistance. The persistent calls and voicemails are extremely obnoxious and annoying.

**Business Response**    03/16/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
**************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit ********.gov. By phone: Call ************** or TTY:**************.

**Customer Response**    03/16/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and find that this resolution is satisfactory to me.

Sincerely,

*************************

---

**Complaint Type:** Problems with Product/Service     **Status:** Answered

03/09/2022

This company keeps calling me and even though I block every number from them, they use a different number to get around my block. I have told them SEVERAL times to take me off their list but they keep calling me. I told them that I am NOT interested yet they keep calling.

**Business Response**                                         03/16/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
**************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit *********.gov. By phone: Call ************** or TTY:**************.

---

**Complaint Type:** Problems with Product/Service     **Status:** Resolved

03/09/2022

Quantum 3 solutions has been calling me for the past 3 days. I block their number but they generate a new one and continues to call me even though I am in a virtual meeting for work, they won't stop bugging me.

**Business Response**                                                    03/16/2022

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed
in this complaint on our internal do not call list. We apologize for any disturbances this issue has
caused you. The information we received to enable us to contact you was provided from
someone using your IPaddress and input manually into our marketing data base. We have
also included National Do not call list information as well so you can possibly limit other
unwanted calls not related to our company. No further action will be taken by our company, and
we consider this matter resolved. Thank you
\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop
unwanted sales calls by registering your phone number: Online:Visit \*\*\*\*\*\*\*\*.gov. By phone:
Call \*\*\*\*\*\*\*\*\*\*\*\*\*\* or TTY:\*\*\*\*\*\*\*\*\*\*\*\*\*\*.

**Customer Response**                                                    03/16/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID \*\*\*\*\*\*\*\*, and
find that this resolution is satisfactory to me.

Sincerely,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Complaint Type:** Problems with Product/Service        **Status:** Answered
                                                                        03/07/2022

This company appears on my caller ID on my cellphone. Based on reviews online, I am
not the only one receiving dozens of calls from this company every day. It started on
3/4/22, and I received 3 calls in a row. I denied all of them. I received a few more later in
the day from different numbers. All of the numbers are my area code. On 3/7/22, I
checked my Scam Shield app from \*\*\*\*\*\*\*\* Over the span of 2 hours, I received 26 calls
from Quantum 3 Media. 2 of them actually made it through. I answered one of them, and

a man with an accent claimed he was recording the call and was calling about some ******** assistance, looking for someone else. I didn't catch the name since he spoke so quickly. I provided some choice words and he said he will add me to the do not call list. It remains to be seen if that is true.

**Business Response**                                                          03/16/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
**************

The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit *********.gov. By phone: Call ************** or TTY:**************.

**Complaint Type:** Problems with Product/Service     **Status:** Answered
                                                          02/22/2022

This company calls my phone multiple times a day. I have blocked their number, then they generate a new number. I have asked them to stop calling me and they just keep calling. I would like for them to leave me alone and get me off their call list . Please and thank you

**Business Response**                                                          02/23/2022

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you

Quantum 3 Media, LLC | Complaints | Better Business Bureau® Profile

we consider this matter resolved. Thank you
\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call \*\*\*\*\*\*\*\*\*\*\*\*\*\* or TTY:\*\*\*\*\*\*\*\*\*\*\*\*\*\*.

**Complaint Type:** Problems with Product/Service     **Status:** Answered

02/22/2022

This company keeps calling me 5 to 10 times a day I am tired of having to answer the phone. Something needs to be done about this outfit they call me all the time but they refuse to leave a message when I do not answer. Can anything be done to stop them from calling me Ive tried to block them but they keep calling back with different numbers.

**Business Response**     02/23/2022

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call \*\*\*\*\*\*\*\*\*\*\*\*\*\* or TTY:\*\*\*\*\*\*\*\*\*\*\*\*\*\*.

**Complaint Type:** Problems with Product/Service     **Status:** Answered

**Complaint Type:** Problems with Product/Service     **Status:** Answered

02/22/2022

I continue to receive several unsolicited phone calls daily. I attempted to block but they just keep changing the number. I want to be placed on your internal no call list and I want the calls to stop!!

**Business Response** 02/23/2022

***************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
***************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:**************.

**Complaint Type:** Problems with Product/Service     **Status:** Resolved

02/22/2022

Nonstop calling to my phone even though they say theyll take my number off. They call me ******. My name is ****. I just got a new number less than a month ago and they have called me at least 15 times.

**Business Response** 02/23/2022

Business Response                                                          02/23/2022

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed
in this complaint on our internal do not call list. We apologize for any disturbances this issue has
caused you. The information we received to enable us to contact you was provided from
someone using your IPaddress and input manually into our marketing data base. We have
also included National Do not call list information as well so you can possibly limit other
unwanted calls not related to our company. No further action will be taken by our company, and
we consider this matter resolved. Thank you
\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop
unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone:
Call \*\*\*\*\*\*\*\*\*\*\*\*\*\* or TTY:\*\*\*\*\*\*\*\*\*\*\*\*\*\*.

**Customer Response**                                                     02/23/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID \*\*\*\*\*\*\*\*, and
find that this resolution is satisfactory to me.
However, they have told me over the phone numerous times that they would take me off the call
list, so i honestly do not believe them. They need to realize they are harassing people, calling
while people are working, and have no regard for you asking over the phone to be taken off their
call list. It should not take contacting the BBB to get them to finally listen.

Sincerely,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Complaint Type:** Problems with Product/Service      **Status:** Resolved

02/22/2022

I get calls several times a day from these people; they do not leave messages. This is
harassment. I have tried to contact them on \*\*\*\*\*\*\*\* to ask them to stop but they blocked
me. I am keeping track of all the calls on my phone from them. Several a day, and I have
high blood pressure and this is making it worse/.

rms

**Business Response**                                                    02/23/2022

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed
in this complaint on our internal do not call list. We apologize for any disturbances this issue has
caused you. The information we received to enable us to contact you was provided from
someone using your IPaddress and input manually into our marketing data base. We have
also included National Do not call list information as well so you can possibly limit other
unwanted calls not related to our company. No further action will be taken by our company, and
we consider this matter resolved. Thank you
\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop
unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone:
Call \*\*\*\*\*\*\*\*\*\*\*\*\*\* or TTY:\*\*\*\*\*\*\*\*\*\*\*\*\*\*.

**Customer Response**                                                    02/23/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID \*\*\*\*\*\*\*\*, and
find that this resolution is satisfactory to me.  BUT, I do not have an Ipad, so I don't know how
they received my information.

Sincerely,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Complaint Type:** Problems with Product/Service      **Status:** Answered

                                                                        02/18/2022

I receive 10 phone calls per day from Quantam 3. My phone number is \*\*\*\*\*\*\*\*\*\*\*\*. It is
already.listed on the Do Not Call list. Please help me!

rms

**Business Response**                                              02/21/2022

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed
in this complaint on our internal do not call list. We apologize for any disturbances this issue has
caused you. The information we received to enable us to contact you was provided from
someone using your IPaddress and input manually into our marketing data base. We have
also included National Do not call list information as well so you can possibly limit other
unwanted calls not related to our company. No further action will be taken by our company, and
we consider this matter resolved. Thank you
\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop
unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone:
Call \*\*\*\*\*\*\*\*\*\*\*\*\*\* or TTY:\*\*\*\*\*\*\*\*\*\*\*\*\*\*.

---

**Complaint Type:** Problems with Product/Service      **Status:** Resolved
                                                                  02/17/2022

They keep calling and generate new numbers when I block them. I want to be taken off
their list. My number is already on the do not call list.

**Business Response**                                              02/21/2022

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed
in this complaint on our internal do not call list. We apologize for any disturbances this issue has
caused you. The information we received to enable us to contact you was provided from
someone using your IPaddress and input manually into our marketing data base. We have
also included National Do not call list information as well so you can possibly limit other
unwanted calls not related to our company. No further action will be taken by our company, and
we consider this matter resolved. Thank you
\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop
unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone:
Call \*\*\*\*\*\*\*\*\*\*\*\*\*\* or TTY:\*\*\*\*\*\*\*\*\*\*\*\*\*\*.

**Customer Response**                                                      02/22/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and
find that this resolution is satisfactory to me.

Sincerely,

*******************************

---

**Complaint Type:** Problems with Product/Service     **Status:** Answered

02/17/2022

I'm being spammed with calls 20+ times a day. Stop calling me. I never signed up for
this.

**Business Response**                                                      02/21/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed
in this complaint on our internal do not call list. We apologize for any disturbances this issue has
caused you. The information we received to enable us to contact you was provided from
someone using your IPaddress and input manually into our marketing data base. We have
also included National Do not call list information as well so you can possibly limit other
unwanted calls not related to our company. No further action will be taken by our company, and
we consider this matter resolved. Thank you
**************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop
unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone:
Call ************** or TTY:**************.

**Complaint Type:** Problems with Product/Service      **Status:** Answered

02/17/2022

Continuing calls even after having asked to be taken off call list and submitted @ *********.gov . The calls do not stop. Even if any phone number they use is blocked they just use a different number. Even when told that specific number is only used for my child and her mother to communicate, and nothing else. They continue to call

**Business Response**                                 02/21/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
**************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:**************.

**Complaint Type:** Problems with Product/Service      **Status:** Answered

02/16/2022

This company is constantly calling me from morning to night and if I block a number they generate a different number. I have answered multiple times to tell them to stop, but when I answer there is no one on the line and they hang up. These practices should be illegal.I am on the National ********* list and I have 2 spam blockers on my phone. But they keep using different numbers so they are useless. So frustrating.

**Business Response**                                                         02/21/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
**************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:**************.

---

**Complaint Type:** Problems with Product/Service      **Status:** Resolved

02/15/2022

Quantum 3 Media will not stop calling my cell. I have blocked them for weeks but the calls continue. The calls are unwanted spam.

**Business Response**                                                         02/15/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 20 of 81 PageID #:29

someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
***************

The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call *************** or TTY:***************.

**Customer Response**                                              02/15/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and find that this resolution is satisfactory to me.

Sincerely,

********************

**Complaint Type:** Problems with Product/Service          **Status:** Resolved

02/15/2022

I am receiving phone calls from Quantum 3 Media, at least 4-6 times a day, starting at 8:00 am in the morning. I have requested them to stop calling me, I have blocked, at least, 40 different numbers, from various places across the country.I have registered my number on the "*********.Gov" list, yet I am still getting these calls. I do not need their service as it is about ********* I have ******** and everything I need, these people will not stop calling.

**Business Response**                                              02/15/2022

***************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed

in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you

**************

The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:**************.

**Customer Response**                                                                   02/15/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and find that this resolution is satisfactory to me.

Sincerely,

******************************************

---

**Complaint Type:** Problems with Product/Service          **Status:** Answered

02/14/2022

The numerous daily phone calls from this company needs to be stopped. I consider the calls harassing a senior citizen. With all the reports from other complaints why hasn't this outfit been handled by FCC? What will you do to have Quantum 3 Medium cease from contacting me? One of the various ** #'s they use: 775-383[-7411. Thanks.

**Business Response**                                                                   02/14/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from

caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you

**************

The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:**************.

---

**Complaint Type:** Problems with Product/Service        **Status:** Answered

02/11/2022

THEY ARE HARRASSING ME WITH THEIR ***** CALLS PER DAY!!! LEAVE ME ALONE! QUANTUM NEEDS TO BE ARRESTED BY THE POLICE AND INVESTIGATED!!!!

**Business Response**                                              02/14/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you

**************

The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:**************.

---

**Complaint Type:** Problems with Product/Service        **Status:** Resolved

02/10/2022

I have not requested a contact from this company and they are calling me 10 times a day

from different numbers - interrupting my work. I try to block them but they just use another number. I want them to remove me from their call list. I can go to their website to request this but I have to input a separate request for each phone number they call me from - unacceptable. I should be able to give them my phone number and have them put me on a DO NOT CALL LIST.

**Business Response**                                                                 02/10/2022

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call \*\*\*\*\*\*\*\*\*\*\*\*\*\* or TTY:\*\*\*\*\*\*\*\*\*\*\*\*\*\*.

**Customer Response**                                                                 02/11/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID \*\*\*\*\*\*\*\*, and find that this resolution is satisfactory to me.

Sincerely,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Complaint Type:** Delivery Issues          **Status:** Resolved

                                                                                       02/10/2022

This company is constantly calling me from morning to night and if I block a number they

generate a different number. I have answered multiple times to tell them to stop, but when I answer there is no one on the line and they hang up. These practices should be illegal.

**Business Response**                                                    02/10/2022

***************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
***************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call *************** or TTY:***************.

**Customer Response**                                                    02/11/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and find that this resolution is satisfactory to me.

Sincerely,

************************

**Complaint Type:** Problems with Product/Service        **Status:** Answered

02/10/2022

This company calls 12 times a day if not more. I put myself on the no call list and i STILL recieve calls throughout the day. I work graveyard and the calls wake me up. They call every other hour in the morning into the evening and it Only stops at 9pm. If this

every other hour in the morning into the evening and it Only stops at 9pm. If this
continues, i will be finding a way to file for harassment.

**Business Response**                                          02/10/2022

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed
in this complaint on our internal do not call list. We apologize for any disturbances this issue has
caused you. The information we received to enable us to contact you was provided from
someone using your IPaddress and input manually into our marketing data base. We have
also included National Do not call list information as well so you can possibly limit other
unwanted calls not related to our company. No further action will be taken by our company, and
we consider this matter resolved. Thank you
\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop
unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone:
Call \*\*\*\*\*\*\*\*\*\*\*\*\*\* or TTY:\*\*\*\*\*\*\*\*\*\*\*\*\*\*.

**Customer Response**                                         02/11/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID \*\*\*\*\*\*\*\*, and
find that this resolution is satisfactory to me.

Sincerely,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Customer Response**                                         02/22/2022

Complaint: 16748255

I am rejecting this response because:Its been a week since Quantum said they woukd stop

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 26 of 81 PageID #:35

calling. They still call me 3-4 times a day. Bunch of liars

Sincerely,

***********************

**Business Response**                                                    02/23/2022

**************

Hello,

It can take 5-7 days to process. Your number ************** has been placed on our internal do
not call list. No further action will be taken on our part unless the number we were provided is
incorrect. If that is the case please respond with the number you need blocked. Thank you

**Complaint Type:** Problems with Product/Service          **Status:** Unanswered

02/10/2022

Quantum 3 Media started having unsolicited phone reps calling my personal cell phone
number. They have been calling me for over 3 months averaging about 2 to 4 calls a
day. I have blocked their calls, but they continue to call with a different last 4 numbers.
Their area code has been either (815) or (217). My phone number has been on the DO
NOT CALL list as well. I have asked on numerous occasions for them to place me on
their DNC list and the calls persist. I have tried to contact their offices in ** and cannot
locate a legitimate number to get through

**Business Response**                                                    02/10/2022

773851005

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed
in this complaint on our internal do not call list. We apologize for any disturbances this issue has
caused you. The information we received to enable us to contact you was provided from

4/29/22, 4:02 PM                    Quantum 3 Media, LLC | Complaints | Better Business Bureau® Profile

caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you

**************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:**************.

**Customer Response**                                                           02/11/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and find that this resolution is satisfactory to me.

Sincerely,

*************************

**Customer Response**                                                           02/24/2022

Complaint: 16748032

I am rejecting this response because:

I filed a complaint (43536062-55924) on February 9th concerning numerous phone calls from Quantum 3 Media. On February 11th I was informed by BBB that the issue was resolved. I have now started receiving phone calls again from Quantum 3 Media, (Feb. 15th. thru Feb 18th). How do we get Quantum 3 Media to stop? Their response before is that I signed up from my email address, which to my knowledge I did not! My phone numbers are on the do not call list and are still listed as active. Whats next? Thanks again, *************************

Sincerely,

*************************

4/29/22, 4:02 PM                          Quantum 3 Media, LLC | Complaints | Better Business Bureau® Profile

**Complaint Type:** Problems with Product/Service       **Status:** Answered

02/09/2022

Quantum 3 Media has been calling me the last couple days non **** times per day. They are unwanted spam or scam calls and ILLEGAL as I am registered on the national do not call registry. I will seek litigation if they do not stop calling.

**Business Response**                                                02/09/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
**************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:**************.

**Customer Response**                                                02/10/2022

Complaint: 16747270

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 29 of 81 PageID #:38

I am rejecting this response because:

You are lying. You don't even know what my IP address is. To make such a claim is ridiculous. Please do not add non-factual material to your responses. If I hear from your business again, you should expect to hear from my attorney.

Sincerely,

***********************************

**Business Response**                                              02/14/2022

43537758-74326

We placed your number on our internal do not call list and provided you with information on how to register for the national do not call list . No further action will be taken on our end as thsi matter has been resolved.

Thank you

---

**Complaint Type:** Problems with Product/Service        **Status:** Answered

02/09/2022

To many phone calls everyday! Cant find a apt to cancel them. Please help, Im elderly and dont need the irritation! Thank you

**Business Response**                                              02/09/2022

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 30 of 81 PageID #:39

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Hello ,

We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call \*\*\*\*\*\*\*\*\*\*\*\*\*\* or TTY:\*\*\*\*\*\*\*\*\*\*\*\*\*\*.

---

**Complaint Type:** Problems with Product/Service      **Status:** Answered

02/09/2022

This company calls 20 to 30 times a day even though I'm registered on the do not call database. They have thousands of phone numbers. I've been blocking the phone numbers for 3 months now and have reported this. Don't know what else to do.

**Business Response**                                                                    02/09/2022

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Hello ,

We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and

unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
***************

The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:**************.

**Complaint Type:** Problems with Product/Service        **Status:** Resolved

02/09/2022

Quantum 3 Media has been calling multiple times per day from multiple numbers for months now. I had never heard of this company before receiving the first call & my number is on the national do not call list. It's so bad that I've had to put my phone on Do not disturb. I feel that the number of calls I'm receiving constitutes harassment & that if they had legitimate business with me, they'd have left at least one message over the past several months. I would like these calls to stop immediately

**Business Response**                                                   02/09/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
***************

The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:**************.

**Customer Response**                                                   02/11/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and find that this resolution is satisfactory to me.

Sincerely,

*************************

---

**Complaint Type:** Problems with Product/Service     **Status:** Answered

02/08/2022

I continue to recieve at least ***** calls from a number that says its Quantum 3 Media. This is very disturbing to me. My phone continues to ring non stop thru the day. It is impossible to block them. Please see what you can do to stop this company from the constant mental harrassment caused by these calls. Thank you!

**Business Response**                                        02/09/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
    **************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:**************.

---

**Complaint Type:** Problems with Product/Service     **Status:** Answered

02/08/2022

Quantum 3 Media has been calling me no less than every 5 minutes incessantly all morning. I have never heard of the company and I don't care. They were phishing, using several different phone numbers. As soon as i would block one, they'd use another. They

definitely were harassing me and I will be reporting them to the state attorney's office. Gladly.

**Business Response**                                                                           02/09/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
     **************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:**************.

---

**Complaint Type:** Advertising/Sales Issues     **Status:** Answered
                                                                           02/08/2022
Continuing calls from Quantum 3 Media. I have blocked about 10 of their numbers. The just will not quit.

**Business Response**                                                                           02/09/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
     **************

The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call *************** or TTY:***************.

**Complaint Type:** Problems with Product/Service     **Status:** Answered

02/08/2022

I am constantly getting phone calls from Quantum 3 Media. Four or five a day! I block a number and they call from another number! This is harrassment!

**Business Response**                                    02/09/2022

***************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
***************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call *************** or TTY:***************.

**Complaint Type:** Advertising/Sales Issues     **Status:** Resolved

02/08/2022

This company calls me repeatedly every day even as I am dealing with my husband's brain cancer! Make them stop!!! I'm begging you.

**Business Response**                                                      02/09/2022

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call \*\*\*\*\*\*\*\*\*\*\*\*\*\* or TTY:\*\*\*\*\*\*\*\*\*\*\*\*\*\*.

**Customer Response**                                                      02/10/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID \*\*\*\*\*\*\*\*, and find that this resolution is satisfactory to me.

Sincerely,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Complaint Type:** Guarantee/Warranty Issues       **Status:** Resolved

02/07/2022

This company calls me multiple times a day, all from different spoof numbers. It's harassment and they need to be stopped. You block the number the call from, only to be called three more times in the same day by different numbers. There has to be a solution to get them shut down. I'm on the national do not call list and clearly they violate that.

**Business Response**                                                      02/09/2022

**Business Response**
02/09/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
**************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:**************.

**Customer Response**
02/10/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and find that this resolution is satisfactory to me.

Sincerely,

****************************

**Complaint Type:** Problems with Product/Service     **Status:** Answered
02/07/2022

They call my phone multiple times a day. I block the number and they call back with another number. I am retired, trying to enjoy life. These calls have made me stop answering/ screen every call. I miss family or medical calls at times due to trying to screen calls. I want the calls to cease!

**Business Response**
02/09/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed
in this complaint on our internal do not call list. We apologize for any disturbances this issue has
caused you. The information we received to enable us to contact you was provided from
someone using your IPaddress and input manually into our marketing data base. We have
also included National Do not call list information as well so you can possibly limit other
unwanted calls not related to our company. No further action will be taken by our company, and
we consider this matter resolved. Thank you
**************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop
unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone:
Call ************** or TTY:**************.

**Customer Response**                                                    02/13/2022

Complaint: 16731601

I am rejecting this response because: they give no way to unsubscribe.

Sincerely,

*********************

**Business Response**                                                    02/14/2022

Hello,

We placed you on our internal do not call list. Our I.T group handles these escalations and
manually enters then number in our system to stop calls to that number . No further action
required .

**Complaint Type:** Problems with Product/Service      **Status:** Resolved

02/04/2022

I receive multiple calls (30+) every day from Quantum 3 Media. The caller Id show the ********************** and different phone numbers from all over. I have called the number and get a recording that its not a working number or no response at att. Ive blocked the calls numerous times but calls continue to come. Any help is appreciated. ******************************

**Business Response**                                                       02/09/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
**************

The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:**************.

**Customer Response**                                                                    02/10/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and find that this resolution is satisfactory to me.

Sincerely,

*****************************

---

**Complaint Type:** Problems with Product/Service          **Status:** Resolved

02/04/2022

I've received an innumerable amount of phone calls from this company. I have blocked at least 20 different numbers, and yet I still receive calls. I want my number to be removed from whatever call list they have, as well as no longer being contacted by them.

**Business Response**                                                                    02/09/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
**************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:**************.

4/29/22, 4:02 PM                          Quantum 3 Media, LLC | Complaints | Better Business Bureau® Profile

**Customer Response**                                                                           02/10/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and find that this resolution is satisfactory to me.

Sincerely,

*******************

---

**Complaint Type:** Advertising/Sales Issues        **Status:** Answered

02/03/2022

my cell phone is listed on the national do not call list.Received 4 calls since Jan 28 from Quantum 3 media, ***********, **. No message left with all of the calls. All calls blocked after each call, but it does not good, as the next call changes the last 7 digits.request: no further calls.

**Business Response**                                                                           02/09/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
**************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:***************.

**Complaint Type:** Advertising/Sales Issues    **Status:** Resolved

02/03/2022

They keep on robo-calling me.

**Business Response**                                        02/09/2022

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call \*\*\*\*\*\*\*\*\*\*\*\*\*\* or TTY:\*\*\*\*\*\*\*\*\*\*\*\*\*\*.

**Customer Response**                                        02/10/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID \*\*\*\*\*\*\*\*, and find that this resolution is satisfactory to me.

Sincerely,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Complaint Type:** Problems with Product/Service    **Status:** Resolved

02/02/2022

Quantum 3 calls me 5 to 6 times daily. I block the number but they keep calling me back

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 42 of 81 PageID #:51

with a new number. I don't want any more calls from this company. It's like harassment.

**Business Response**                                                02/09/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed
in this complaint on our internal do not call list. We apologize for any disturbances this issue has
caused you. The information we received to enable us to contact you was provided from
someone using your IPaddress and input manually into our marketing data base. We have
also included National Do not call list information as well so you can possibly limit other
unwanted calls not related to our company. No further action will be taken by our company, and
we consider this matter resolved. Thank you
**************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop
unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone:
Call ************** or TTY:**************.

**Customer Response**                                                02/10/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and
find that this resolution is satisfactory to me.

Sincerely,

****************************

---

**Complaint Type:** Problems with Product/Service        **Status:** Answered

02/02/2022

This company keeps calling me numerous times a day for days on end even though I
have asked them to take me off their calling list and I am also on national registry do not

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 43 of 81 PageID #:52

have asked them to take me off their calling list and I am also on national registry do not call list. I have never done business with them and the callers lie and say I requested information on line which I did not do. I try blocking them and they keep using different numbers. When I asked where they are located, they say it is confidential. They say they are ******** assist so trying to trick people into thinking they are legitimate and are ********. I want this shady company to stop calling me and adhere to federal laws of do not call. How is this shady company still in business by breaking the law.

**Business Response**                                                          02/09/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
**************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:**************.

**Customer Response**                                                          02/10/2022

Complaint: 16699427

I am rejecting this response because:

This company circumvented the federal do not call list by saying they were able to call me because someone used my ip address and put it into their marketing data base. Who is this someone? And why didn't this company scrub their dubious obtained list by deleting calls already on national registry. I am already on national register but yet their callers said I requested information online so legally they could call me. I told them it was a lie, I never requested info on line, and to take me off their calling list which they never did. So it takes a complaint to BBB to get this spam robocaller company to stop harassing me with endless phone calls. I have also reported this company to federal agencies and other consumer protection groups to investigate the business practices of this company.

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 44 of 81 PageID #:53

Sincerely,

***************************

**Business Response**                                    02/14/2022

**************

Hello,

Your number ************** has been placed on our internal do not call list. There is no further action to be taken by our company at this time as the issue has been resolved and we previously explained in depth how we obtained your info to call you via are marketing system. Thank you

**Customer Response**                                    02/15/2022

Complaint: 16699427

I am rejecting this response because:
This is a bunch of BS. They say they explained how they got my number to call. More BS, I was and am on National Registry do not call me. This company did not have legal right to contact as I have never had an prior contact with them. I wonder how many thousands of seniors they are harassing with their robo calls. They need to stop these calls. I have also reported them to ******** for trading on their name.
Sincerely,

***************************

**Business Response**                                    02/21/2022

We have placed your number on our internal do not call list and provided you with information to have your number removed on a national level. No further action will be taken on our part . Thank you for bringing this matter to our attention and we sincerely hope you have a better experience moving forward.

**Complaint Type:** Problems with Product/Service     **Status:** Answered

02/02/2022

Incessant spoofed calls from this company at all hours of the day, multiple times a day. I have never signed up for this, interacted with them in any way including over the phone or in person, nor given any consent to this. I block and report the numbers to ******** scam shield every single time but they keep spoofing them. It never stops. This has been going on for years.

**Business Response**

02/09/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
**************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:**************.

**Complaint Type:** Advertising/Sales Issues     **Status:** Answered

02/01/2022

This company is constantly calling me from morning to night and if I block a number they generate a different number. I am on the national do not call list and this has to stop. These practices should be STOPPED!

**Business Response**                                          02/09/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed
in this complaint on our internal do not call list. We apologize for any disturbances this issue has
caused you. The information we received to enable us to contact you was provided from
someone using your IPaddress and input manually into our marketing data base. We have
also included National Do not call list information as well so you can possibly limit other
unwanted calls not related to our company. No further action will be taken by our company, and
we consider this matter resolved. Thank you
       **************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop
unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone:
Call ************** or TTY:**************.

---

**Complaint Type:** Advertising/Sales Issues     **Status:** Answered

                                                                  02/01/2022
        They call 2-6 times a day from multiple numbers.This has been going on for months.

**Business Response**                                          02/09/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed
in this complaint on our internal do not call list. We apologize for any disturbances this issue has
caused you. The information we received to enable us to contact you was provided from
someone using your IPaddress and input manually into our marketing data base. We have
also included National Do not call list information as well so you can possibly limit other
unwanted calls not related to our company. No further action will be taken by our company, and

we consider this matter resolved. Thank you
\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop
unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone:
Call \*\*\*\*\*\*\*\*\*\*\*\*\*\* or TTY:\*\*\*\*\*\*\*\*\*\*\*\*\*\*.

**Complaint Type:** Advertising/Sales Issues     **Status:** Answered

02/01/2022

Recently I have been noticing while at work how many missed calls I would receive from
Quantum 3 media! The calls are nonstop up until the late afternoon. This is frustrating
and annoying! This has got to stop!

**Business Response**                                          02/09/2022

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed
in this complaint on our internal do not call list. We apologize for any disturbances this issue has
caused you. The information we received to enable us to contact you was provided from
someone using your IPaddress and input manually into our marketing data base. We have
also included National Do not call list information as well so you can possibly limit other
unwanted calls not related to our company. No further action will be taken by our company, and
we consider this matter resolved. Thank you
\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop
unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone:
Call \*\*\*\*\*\*\*\*\*\*\*\*\*\* or TTY:\*\*\*\*\*\*\*\*\*\*\*\*\*\*.

**Complaint Type:** Problems with Product/Service     **Status:** Answered

02/01/2022

Quantum 3 Media continues to call my phone multiple times each day, every week,
month after month. I block the # and they generate a different # each call. I have been
registered on DO NOT CALL list for several years. Help stop this abuse.

Quantum 3 Media, LLC | Complaints | Better Business Bureau® Profile

**Business Response**                                                                              02/09/2022


**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed
in this complaint on our internal do not call list. We apologize for any disturbances this issue has
caused you. The information we received to enable us to contact you was provided from
someone using your IPaddress and input manually into our marketing data base. We have
also included National Do not call list information as well so you can possibly limit other
unwanted calls not related to our company. No further action will be taken by our company, and
we consider this matter resolved. Thank you
**************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop
unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone:
Call ************** or TTY:**************.

---

**Complaint Type:** Delivery Issues        **Status:** Answered

01/31/2022

On 1/31/2022 I received an unsolicited call from #*********** @ 8:46am from Quantum 3
Media. This very obnoxious and rude video call was unsolicited and extremely upsetting.
I am on the "do not call list" but received the call anyway. This practice should be illegal.
I want any future calls from this company and/or any of it's affiliates to be blocked from
my phone number ************.


**Business Response**                                                                              02/09/2022


**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed
in this complaint on our internal do not call list. We apologize for any disturbances this issue has
caused you. The information we received to enable us to contact you was provided from
someone using your IPaddress and input manually into our marketing data base. We have

also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
***************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:***************.

---

**Complaint Type:** Problems with Product/Service    **Status:** Resolved

01/28/2022

This company started calling me in September about ******************** I answered and said no iterest has had just changed insurance September 1st as we moved. states. They are still calling I have blocked all their numbers, which are 6 to 10 times everyday. I am on do not call list but this has not helped. Want calls to stop

**Business Response**

02/09/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
***************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:***************.

rms

**Customer Response**                                                               02/14/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and find that this resolution is satisfactory to me.

Sincerely,

***********************

---

**Complaint Type:** Problems with Product/Service          **Status:** Resolved

01/27/2022

They consistently call me, up to 10 times a day, from different phone numbers. I block each new one but that hasnt stopped and its becoming more aggressive everyday.

**Business Response**                                                               02/09/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
***************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:**************.

**Customer Response**                                                               02/10/2022

Better Business Bureau:

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 51 of 81 PageID #:60

I have reviewed the response made by the business in reference to complaint ID ********, and find that this resolution is satisfactory to me.

Sincerely,

*******************

---

**Complaint Type:** Problems with Product/Service      **Status:** Answered

01/27/2022

I am constantly bombarded by calls from Quantum 3 Media daily. I have no idea why, because the few times I did answer, there was complete silence before disconnecting. Have tried blocking, but it uses a different number, and with different area codes each time. Within an hour I usually get 3-4 calls like this. It is extremely annoying and is a huge disturbance at work. My number is registered on the National Do Not Call Registry

**Business Response**                                    02/09/2022

**************

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
**************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:**************.

---

**Complaint Type:** Advertising/Sales Issues      **Status:** Answered

01/26/2022

A company called Quantum 3 Media has about caused me to have a nervous

breakdown. They just DO NOT QUIT CALLING ME. Please help me. I have tried for hours and hours trying to get these people to quit. I had a stint put in lately, and on medication, and am single, on a fixed income, so I can't afford to hire an attorney. HELP PLEASE

**Business Response**                                                    02/09/2022

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call \*\*\*\*\*\*\*\*\*\*\*\*\*\* or TTY:\*\*\*\*\*\*\*\*\*\*\*\*\*\*.

---

**Complaint Type:** Problems with Product/Service        **Status:** Resolved

01/25/2022

This company is constantly calling me non stop. I can't get them to stop. They call up to 10 times a day at all hours. Every time I block their number they call me from another number. I don't want to hear from them. This has been going on for sometime and I want it to stop or I will consider legal action for harassment.

**Business Response**                                                    02/09/2022

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Hello ,

We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you

**************

The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:**************.

**Customer Response**                                                    02/10/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and find that this resolution is satisfactory to me.

Sincerely,

***********************************

---

**Complaint Type:** Problems with Product/Service        **Status:** Answered

01/24/2022

Quantum 3 Media starts calling at about 8 am EST and calls repeatedly until about 9pm EST - typically from **** times every day. I've not requested anything from them and do not want them to call me at all!

**Business Response**                                                    02/09/2022

Hello ,

We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other

unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
**************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:**************.

**Complaint Type:** Problems with Product/Service     **Status:** Answered

01/24/2022

Quantum 3 Media calls INCESSENTLY, often 2-3 times in an hour, throughout the day. I continuously block the numbers, but they just call right back under another number.I am officially on the no-call list and ask to be removed. It doesn't end and it's harassment at this point. Please make them stop.

**Business Response**                                                        02/09/2022

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
**************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:**************.

**Complaint Type:** Advertising/Sales Issues     **Status:** Answered

01/14/2022

This call has been calling me since 7 months ago,like 3 or 4 times daily. Because of this I've to put my phone low or mute. My important calls are missed. I'm so tired of this Quantum media 3, only time quiet was the holidays,now started again. Please help me,I block them they call from other number.

Business Response                                                        01/20/2022

Business Response                                                                01/20/2022

************** Do not Call list

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed
in this complaint on our internal do not call list. We apologize for any disturbances this issue has
caused you. The information we received to enable us to contact you was provided from
someone using your IPaddress and input manually into our marketing data base. We have
also included National Do not call list information as well so you can possibly limit other
unwanted calls not related to our company. No further action will be taken by our company, and
we consider this matter resolved. Thank you
       **************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop
unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone:
Call ************** or TTY:**************.

---

**Complaint Type:** Advertising/Sales Issues        **Status:** Answered

01/14/2022

Quantum 3 started having unsolicited phone reps calling my personal cell phone number
about ******** benefits using local (412) area code numbers at least 20 different times
per day! I have asked on numerous occasions for them to place me on their DNC list and
the calls persist. I have try to contact their offices in ** and cannot locate a legitimate
number to get through

**Business Response**                                               01/20/2022

************** Do not call list

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed
in this complaint on our internal do not call list. We apologize for any disturbances this issue has
caused you. The information we received to enable us to contact you was provided from
someone using your IPaddress and input manually into our marketing data base. We have
also included National Do not call list information as well so you can possibly limit other
unwanted calls not related to our company. No further action will be taken by our company, and
we consider this matter resolved. Thank you
       **************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop

unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone:
Call ************** or TTY:***************.

**Complaint Type:** Advertising/Sales Issues       **Status:** Resolved

01/13/2022

This company is constantly calling me from morning to night and if I block a number they
generate a different number. I am on the national do not call list and this has to stop.
These practices should be illegal ...

**Business Response**                                              01/20/2022

************** Do not call list

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed
in this complaint on our internal do not call list. We apologize for any disturbances this issue has
caused you. The information we received to enable us to contact you was provided from
someone using your IPaddress and input manually into our marketing data base. We have
also included National Do not call list information as well so you can possibly limit other
unwanted calls not related to our company. No further action will be taken by our company, and
we consider this matter resolved. Thank you
    **************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop
unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone:
Call ************** or TTY:***************.

**Customer Response**                                             01/21/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and
find that this resolution is satisfactory to me.

Sincerely,

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 57 of 81 PageID #:66

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Complaint Type:** Advertising/Sales Issues     **Status:** Answered

01/13/2022

QUANTUM 3 MEDIA HAS BEEN CALLING MY PHONE 50 OR MORE TIMES A DAY
EVEN IN THE MIDDLE OF THE \*\*\*\*\* LIKE 3AM IM SO TIRED OF THIS PROBLEM
BLOCKED THERE NUMBER STILL GET THRU WITH A SIMILAR NUMBER BUT
ALWAYS THE \*\*\*\* COMPANY CAN YOU PLEASE HELP ME BBB

**Business Response**                                   01/20/2022

\*\*\*\*\*\*\*\*\*\*\*\*\*\* Do not call List

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed
in this complaint on our internal do not call list. We apologize for any disturbances this issue has
caused you. The information we received to enable us to contact you was provided from
someone using your IPaddress and input manually into our marketing data base. We have
also included National Do not call list information as well so you can possibly limit other
unwanted calls not related to our company. No further action will be taken by our company, and
we consider this matter resolved. Thank you
\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop
unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone:
Call \*\*\*\*\*\*\*\*\*\*\*\*\*\* or TTY:\*\*\*\*\*\*\*\*\*\*\*\*\*\*.

**Complaint Type:** Advertising/Sales Issues     **Status:** Resolved

01/13/2022

The company, Quantum 3 media, continues to call affecting my health issues. I would
like the calls to permanently stop.

**Business Response**                                   01/20/2022

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 58 of 81 PageID #:67

************** Do not Call list

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
**************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:**************.

**Customer Response**                                                              01/21/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and find that this resolution is satisfactory to me.

Sincerely,

*********************

---

**Complaint Type:** Problems with Product/Service        **Status:** Answered
                                                                                 01/12/2022

I receive four to six calls daily and wish them to stop calling. I have blocked calls daily and they continue to call. I am 84 and dont need them to call.Please make them stop. **************************

stop.

**Business Response**                                                                    01/20/2022

\*\*\*\*\*\*\*\*\*\*\*\*\*\* Do not call list

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed
in this complaint on our internal do not call list. We apologize for any disturbances this issue has
caused you. The information we received to enable us to contact you was provided from
someone using your IPaddress and input manually into our marketing data base. We have
also included National Do not call list information as well so you can possibly limit other
unwanted calls not related to our company. No further action will be taken by our company, and
we consider this matter resolved. Thank you
      \*\*\*\*\*\*\*\*\*\*\*\*\*\*
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop
unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone:
Call \*\*\*\*\*\*\*\*\*\*\*\*\*\* or TTY:\*\*\*\*\*\*\*\*\*\*\*\*\*\*.

---

**Complaint Type:** Advertising/Sales Issues        **Status:** Resolved

                                                                                        01/12/2022

This business calls my cell phone constantly from different phone numbers. I block each
one but then they call from another number. This is extremely annoying and ties up my
phone. How to I stop this from happening?

**Business Response**                                                                    01/20/2022

\*\*\*\*\*\*\*\*\*\*\*\*\*\* Do not call list

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed
in this complaint on our internal do not call list. We apologize for any disturbances this issue has
caused you. The information we received to enable us to contact you was provided from
someone using your IPaddress and input manually into our marketing data base. We have
also included National Do not call list information as well so you can possibly limit other
unwanted calls not related to our company. No further action will be taken by our company, and
we consider this matter resolved. Thank you
      \*\*\*\*\*\*\*\*\*\*\*\*\*\*
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop
unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone:

Call ************** or TTY:***************.

**Customer Response**                                              01/21/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and find that this resolution is satisfactory to me.

Sincerely,

*****************************

---

**Complaint Type:** Advertising/Sales Issues        **Status:** Answered

01/12/2022

My sole request is for Quantum 3 Media to STOP CALLING ME!! In the early morning hours to late at night, they call everyday and have for months. I was only able to block 100 numbers on my phone. Unfortunately they have more. I never requested any calls from them. I asked them verbally and in text to stop. They continued. I am on do-not-call lists, but still they persist. I have better things to do with my retirement than to field constant daily hangup calls from them.

**Business Response**                                              01/20/2022

************** -*Do not call list*

*Hello ,*
*We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you*
**************
*The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:***************.*

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 61 of 81 PageID #:70

**Complaint Type:** Problems with Product/Service     **Status:** Answered

01/12/2022

Continuous phone calls using different numbers call coming up on screen as Quantum 3 Media.I checked the National do not call registry and my phone number was registered 2008.This is very frustrating because as soon as I block one number I get another one from a different number.

**Business Response**                                                                                      01/20/2022

************** DNC List

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you
**************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone: Call ************** or TTY:**************.

**Complaint Type:** Advertising/Sales Issues     **Status:** Answered

01/11/2022

Quantum 3 Media calls me at least 8 to 10 times a day. Can you help me get on their do not call list? Thank you.

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 62 of 81 PageID #:71

**Business Response**                                                      01/20/2022

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed
in this complaint on our internal do not call list. We apologize for any disturbances this issue has
caused you. The information we received to enable us to contact you was provided from
someone using your IPaddress and input manually into our marketing data base. We have
also included National Do not call list information as well so you can possibly limit other
unwanted calls not related to our company. No further action will be taken by our company, and
we consider this matter resolved. Thank you
**************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop
unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone:
Call ************** or TTY:**************.

**Complaint Type:** Advertising/Sales Issues       **Status:** Answered

01/11/2022

I dont know who this company is quantam 3 media. They call every day. I blocked every
number they call from. I would like them to stop calling. Please remove my number from
their call list. Thank You!

**Business Response**                                                      01/20/2022

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed
in this complaint on our internal do not call list. We apologize for any disturbances this issue has
caused you. The information we received to enable us to contact you was provided from
someone using your IPaddress and input manually into our marketing data base. We have
also included National Do not call list information as well so you can possibly limit other
unwanted calls not related to our company. No further action will be taken by our company, and
we consider this matter resolved. Thank you
**************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop
unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone:
Call ************** or TTY:**************.

**Complaint Type:** Advertising/Sales Issues       **Status:** Answered

01/11/2022

This business, Quantum Media 3 has been calling almost every hour beginning October.

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 63 of 81 PageID #:72

I dont know how they got my email but it is more than a little annoying. Ive tried answering the calls to ask them to stop but the numbers they use are non working. Ive tried blocking them but they use so many numbers Ive given up.

**Business Response**                                     01/20/2022

Hello ,

We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you

**************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online: Visit DoNotCall.gov. By phone: Call ************** or TTY: **************.

---

**Complaint Type:** Problems with Product/Service          **Status:** Answered

                                                         01/10/2022

Quantum 3 Media calls my cell phone several times a day, always from a different city in *******. I have never done business with this company. I want these calls to stop.

**Business Response**                                     01/10/2022

Hello ,

We take your complaint serious and have addressed this mater immediately upon receiving this . We have placed your number ************** on our internal do not call list . This will not place you on any national do not call list but if you go to this site you can register there as well https://www.donotcall.gov/ to reduce unwanted calls. We hope this resolution is satisfactory . Thank you for your patience as we worked to resolve your issue and address your complaint. We apologize for any issues this matter has caused you as we do our best to ensure any of our leads concerns are addressed. Please be aware your information was input into are marketing system from someone at your IP address . No further action required.

Sincerely

Q3M

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 64 of 81 PageID #:73
Quantum 3 Media, LLC | Complaints | Better Business Bureau® Profile

**Customer Response**                                                           01/10/2022

Complaint: 16447470

I am rejecting this response because after they sent the response saying that they would not
call me again I received two more calls from them. And that was only in the last 2 1/2 hours!
They need to remove my number from their database and not call me again.

Sincerely,

***********************

**Business Response**                                                          01/20/2022

Phone: ************** this number has been placed on our internal do not call list

Hello ,
We have evaluated and investigated your complaint and will place your telephone number listed
in this complaint on our internal do not call list. We apologize for any disturbances this issue has
caused you. The information we received to enable us to contact you was provided from
someone using your IPaddress and input manually into our marketing data base. We have
also included National Do not call list information as well so you can possibly limit other
unwanted calls not related to our company. No further action will be taken by our company, and
we consider this matter resolved. Thank you
**************
The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop
unwanted sales calls by registering your phone number: Online:Visit DoNotCall.gov. By phone:
Call ************** or TTY:**************.

**Complaint Type:** Advertising/Sales Issues    **Status:** Answered

                                                                    01/07/2022    rms

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 65 of 81 PageID #:74

Jan 3 Thu Jan 7. Quadum3media calls me continually all day long with out saying anything then hanging up. It's total harassment so please do something about it.Thank you ****************************

**Business Response**                                                    01/10/2022

Hello ,

We take your complaint serious and have addressed this mater immediately upon receiving this . We have placed your number *************** on our internal do not call list . This will not place you on any national do not call list but if you go to this site you can register there as well https://www.donotcall.gov/ to reduce unwanted calls. We hope this resolution is satisfactory . Thank you for your patience as we worked to resolve your issue and address your complaint. We apologize for any issues this matter has caused you as we do our best to ensure any of our leads concerns are addressed. Please be aware your information was input into are marketing system from someone at your IP address . No further action required.

Sincerely

Q3M

---

**Complaint Type:** Problems with Product/Service        **Status:** Answered

                                                                        01/07/2022

I am on the National do not call registry. They keep calling about 10 times a day. This needs to be investigated as to why they do not stop calling. I have asked them already to remove me. They said they would. State and FTC needs to investigate and fine them.

**Business Response**                                                    01/10/2022

*Hello,*

*We have placed your number on our internal do not call list please allow ***** hours for this to cease as our system has to update . Thank you for your patience. No further action is required on our end . For future reference your info was provided by you or someone using your IP-address VIA AN ONLINE MARKETING SYSTEM.*

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 66 of 81 PageID #:75

**Customer Response**                                          01/11/2022

Complaint: 16439167

I am rejecting this response because: I want to know why my phone number has been hounded and called numerous times a day by this company!!!! I have been on the National Do Not call registry for years. It is absurd what you have done for weeks and months calling my phone. Why have I been called? You should be fined for this calling!!! What is the answer? Why have you not taken the numbers off your list prior that were on the National Do not call registry??????

Sincerely,

*********************

---

**Complaint Type:** Problems with Product/Service        **Status:** Resolved

01/06/2022

I have been getting relentless phone calls from this company starting often at 8 am and going to 8 or 9 in the evening. I am on the Federal do not call list and it seems to have no effect to stop these annoying, relentless calls.

**Business Response**                                          01/10/2022

*Hello ,*

*We take your complaint serious and have addressed this mater immediately upon receiving this . We have placed your number on our internal do not call list . This will not place you on any national do not call list but if you go to this site you can register there as well https://www.donotcall.gov/ to reduce unwanted calls. We hope this resolution is satisfactory . Thank you for your patience as we worked to resolve your issue and address your complaint. We apologize for any issues this matter has caused you as we do our best to ensure any of our leads concerns are addressed. Please be aware your information was input into are marketing system from someone at your IP address . No further action required.*

*Sincerely*

*Q3M ell us why here...*

**Customer Response**                                          01/10/2022

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 67 of 81 PageID #:76

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and find that this resolution is satisfactory to me.

Sincerely,

*************************

---

**Complaint Type:** Advertising/Sales Issues      **Status:** Resolved

01/06/2022

Multiple phone calls from Quantum 3 Media, up to 6-8 per day, have begun again. I hoped that after ******** enrollment, it would have stopped, but I was wrong. These are extremely annoying and unwanted phone calls. I am on the Do Not Call listing.

**Business Response**                                    01/10/2022

*Hello ,*

*We take your complaint serious and have addressed this mater immediately upon receiving this . We have placed your number  on our internal do not call list . This will not place you on any national do not call list but if you go to this site you can register there as well https://www.donotcall.gov/ to reduce unwanted calls. We hope this resolution is satisfactory . Thank you for your patience as we worked to resolve your issue and address your complaint. We apologize for any issues this matter has caused you as we do our best to ensure any of our leads concerns are addressed. Please be aware your information was input into are marketing system from someone at your IP address . No further action required.*

*Sincerely*

*Q3M ell us why here...*

**Customer Response**                                    01/10/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and find that this resolution is satisfactory to me.

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 68 of 81 PageID #:77

find that this resolution is satisfactory to me.

Sincerely,

*********************

---

**Complaint Type:** Advertising/Sales Issues        **Status:** Answered

01/04/2022

On going spam calls 6 times a day

**Business Response**                                                            01/04/2022

*Hello,*

*We certainly apologize for any issues our dialing system has caused you . We have placed your number you provided on our internal do not call list which will cease our company from calling you . Just to inform you of how we obtained your number/info ...either yourself or someone from your ip address entered the information into our marketing system to inquire about more info from our company. We have resolved this issue and no further action is required on our end. Thank you*

---

**Complaint Type:** Problems with Product/Service        **Status:** Resolved

01/04/2022

The above Company, Quantum 3 Media started blowing up my cell phone with at least 40 calls just today. I called back the number and nothing on the other end. They called again and I answered. Nothing on the other end of the line. I have blocked all the numbers they have used today but somehow they still get through.Someone needs to put a stop to their antics. This is my cell phone not theirs to abuse.

**Business Response**                                                            01/04/2022

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 69 of 81 PageID #:78

*Hello,*

*We have placed your telephone number on our internal do not call list. We apologize for any issues our dialing system may have caused you . We want to advise you that your number was provided to us by either you or someone using your ip address where your internet service is provided. Moving forward you should not receive anymore calls from our company . Thank you*

*Tell us why here...*

**Customer Response**                                                                                                       01/06/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and find that this resolution is satisfactory to me.

Sincerely,

*******************************

**Complaint Type:** Advertising/Sales Issues          **Status:** Answered

                                                                                                                          12/08/2021

robocall from Quantum 3 Media

**Business Response**                                                                                                    12/21/2021

Hello,

We take your matter seriously and we have came to a resolution .We have placed your number on our internal do not list and also we advise you to add your number to the national do not call list as well. The information we received of yours to contact you was actually input by you into our database via our marketing system.

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 70 of 81 PageID #:79

**Complaint Type:** Advertising/Sales Issues      **Status:** Answered

12/06/2021

8 calls a day for the last month..sent an email to stop them....just getting worse

**Business Response**                                            12/21/2021

Hello,
We take your matter seriously and we have came to a resolution .We have placed your number
on our internal do not list and also we advise you to add your number to the national do not call
list as well. The information we received of yours to contact you was actually input by you into
our database via our marketing system.

**Complaint Type:** Advertising/Sales Issues      **Status:** Answered

12/03/2021

(i am writing this on behalf of my 88 year old father). This company has harassed,
threatened and bullied my father. They call him constantly wanting him to send them
money or they are going to cut his access to his computer and all other kind of reasons.
If they continue to call him, I will not hesitate to have my attorney request they cease all
contact. My father has changed his cell phone number 3 times, just to avoid these
people. It is a disgrace that these people are preying on an 8 year old man. MAKE IT
STOP!

**Business Response**                                            12/23/2021

We apologize you are having issues with harassing calls . Upon investigation we did not
discover any threatening calls by any of our agents to the listed number . We are not a sales
company nor do we deal with utilities so this complaint is erroneous. What we will do though
moving forward  and to resolve any potential confusion is we will place you on our internal dnc
(do not call ) list. We take your complaint serious and have addressed this mater immediately
upon receiving this . We have placed your number************** on our internal do not call list .
This will not place you on any national do not call list but if you go to this site you can register
there as well https://www.donotcall.gov/ to reduce unwanted calls. We hope this resolution is
satisfactory . Thank you for your patience as we worked to resolve your issue and address your
complaint. We apologize for any issues this matter has caused you as we do our best to ensure
any of our leads concerns are addressed. Please be aware your information was input into are
marketing system from someone at your IPaddress . No further action required.

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 71 of 81 PageID #:80

Sincerely

Q3M

**Customer Response**                                                                 12/23/2021

Complaint: 16191475

I am rejecting this response because you aren't taking accountability. Is the following number NOT associated with your company? ************?

this is one of many numbers that is calling my father. (numbers are always alike, maybe one digit off)

Sincerely,

***********************

**Business Response**                                                                 12/23/2021

*We have placed the number provided on our internal do not call list which will stop our dialing system from calling the provided number moving forward. We also provided additional*

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 72 of 81 PageID #:81

*information on how to place your fathers number on a national do not call data base just as an extra measure. As stated your father or someone from the ** address did input your fathers information into our marketing database. They had to fill out a form and manually input his data which requested us to call and provide different options to this lead. No further action is required as we have gone above and beyond to resolve. Our company will no longer be conacting your father at the listed number moving forward.*

**Complaint Type:** Advertising/Sales Issues     **Status:** Resolved

12/03/2021

I'VE BEEN GETTING PHONE CALLS AT A RATE OF 6 TO 10 PER DAY FROM THESE SPAMMERS. THEY WON'T TAKE NO FOR AN ANSWER. I'VE TRIED IGNORING THEM, HANGING UP ON THEM, SCREAMING AND CUSSING AT THEM, YET THE CALLS KEEP COMING. THESE ARE THE WORST PHONE SPAMMERS I'VE EVER RUN INTO. I block ** all phone numbers in my phone from different cities in ********** like ******, ***********************, Ripon, *******, ********, Jamestown, *******, Merc**, Newman, *********, ****, *****, ******, ****, **********, and by the time I was file this complaint they call from ******* they calling between 10 to 15 minutes my phone number is ************ if

you can force them to not call me again I'll appreciate that. IF IT CONTINUES, I WILL START A Law Suite thanks.LAWSUIT.

**Complaint Type:** Advertising/Sales Issues     **Status:** Answered

12/02/2021

This company will not leave me alone. They wake me up in the morning and it goes on all day and continues until 9:00 or so at night. I don't want to mess with this company any longer. They have been calling me for weeks now. This morning it was just before 8:00 when they called me. IF I wanted to talk to these people, I would have done it long before now. They are violating my rights, violating my peace and disturbing my health! I have health conditions to where I am suppose to remain clam, but who can be calm when they are disturbed about every 30 minutes. I have tried to tell them I am not interested and I still get calls. I have tried blocking them and I still get calls, I have tried just letting the phone go to voicemail and I still get calls. I have tried answering the phone and just setting it down until they hang up and I STILL get calls. I finally turned my phone off. This is disturbing my right to have my phone so that important calls, such as from my doctor, come in. Please tell me how I can stop these without turning off my phone or changing my number.

**Business Response**     12/23/2021

We have placed your number on our internal do not call list . This will not place you on any

national do not call list but if you go to this site you can register there as well
https://www.donotcall.gov/ to reduce unwanted calls. We hope this resolution is suffice. Thank
you for your patience as we worked to resolve your issue and address your complaint.

Q3M

---

**Complaint Type:** Advertising/Sales Issues      **Status:** Resolved

11/29/2021

Quantum 3 media continually calls me. I dont know the company

**Business Response**                                                           12/23/2021

Hello ,

We take your complaint serious and have addressed this mater immediately upon receiving this
. We have placed your number ***************on our internal do not call list . This will not place
you on any national do not call list but if you go to this site you can register there as well
https://www.donotcall.gov/ to reduce unwanted calls. We hope this resolution is satisfactory .
Thank you for your patience as we worked to resolve your issue and address your complaint.
We apologize for any issues this matter has caused you as we do our best to ensure any of our
leads concerns are addressed. Please be aware your information was input into are marketing
system from someone at your IP address . No further action required.

Sincerely

Q3M

**Customer Response**                                                          12/23/2021

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 74 of 81 PageID #:83

find that this resolution is satisfactory to me.

Sincerely,

*****************************

---

**Complaint Type:** Advertising/Sales Issues        **Status:** Resolved

                                                                            11/24/2021

I called them after so any calls. A woman answered then hung up. I have blocked the calls and asked to stop!) Whomever they are,will not stop the calls min of 6 daily from different numbers. I want them to stop calling my number and not letting me know on voice mail...please call stop harassing me with calls!!

**Business Response**                                           12/23/2021

Hello ,

We take your complaint serious and have addressed this mater immediately upon receiving this . We have placed your number ************** on our internal do not call list . This will not place you on any national do not call list but if you go to this site you can register there as well https://www.donotcall.gov/ to reduce unwanted calls. We hope this resolution is satisfactory . Thank you for your patience as we worked to resolve your issue and address your complaint. We apologize for any issues this matter has caused you as we do our best to ensure any of our leads concerns are addressed. Please be aware your information was input into are marketing system from someone at your IP address . No further action required.

Sincerely

Q3M

**Customer Response**                                           12/26/2021

Better Business Bureau:

Quantum 3 Media, LLC | Complaints | Better Business Bureau® Profile

I have reviewed the response made by the business in reference to complaint ID ********, and find that this resolution is satisfactory to me.

Sincerely,

***** St ****

---

**Complaint Type:** Advertising/Sales Issues       **Status:** Resolved

11/22/2021

I am being harassed by Quantum 3 media with unwanted telephone calls. I have uploaded call logs from my cell phone. You can see the overwhelming number of phone calls, always from a different phone number. They never leave a voicemail message. I don't know how to stop these. Thank you.

---

**Complaint Type:** Advertising/Sales Issues       **Status:** Resolved

11/22/2021

11/19/2021 Business has apparently gotten ahold of my phone number somehow and continually calls, leaves no messages, i have blocked every number they call from and they keep calling from different locations. I have never before heard of them and have never done business with them and they continue ringing my phone, not just daily but every few minutes.

**Business Response**                                                             12/23/2021

Hello Mr. ************************ ,

We take your complaint serious and have addressed this mater immediately upon receiving this . We have placed your number ************** on our internal do not call list . This will not place you on any national do not call list but if you go to this site you can register there as well https://www.donotcall.gov/ to reduce unwanted calls. We hope this resolution is satisfactory . Thank you for your patience as we worked to resolve your issue and address your complaint. We apologize for any issues this matter has caused you as we do our best to ensure any of our leads concerns are addressed. Please be aware your information was input into are marketing system from someone at your IP address . No further action required.

Sincerely

Q3M

**Customer Response**                                                      12/23/2021

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and find that this resolution is satisfactory to me.

Sincerely,

************************

**Complaint Type:** Advertising/Sales Issues      **Status:** Answered

11/15/2021

These people continue to drown me with marketing calls using auto dialing. They call me five or six times a day using a different phone number. I do not want their calls; I am on the Do Not Call Registry and they still do it. If they continue I will seek legal redress if the BBB can't influence them to stop their bonehead strongarm methods of trying to sell whatever bogus product their snake oil bound minds have fever dreamed up.

**Business Response**                                                      12/23/2021

Hello China ***** ,

We take your complaint serious and have addressed this mater immediately upon receiving this . We have placed your number ************** on our internal do not call list . This will not place you on any national do not call list but if you go to this site you can register there as well https://www.donotcall.gov/ to reduce unwanted calls. We hope this resolution is satisfactory . Thank you for your patience as we worked to resolve your issue and address your complaint. We apologize for any issues this matter has caused you as we do our best to ensure any of our leads concerns are addressed. Please be aware your information was input into are marketing system from someone at your IP address . No further action required.

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 77 of 81 PageID #:86

Sincerely

Q3M

**Complaint Type:** Problems with Product/Service     **Status:** Answered

11/12/2021

I'VE BEEN GETTING PHONE CALLS AT A RATE OF 6 TO 10 PER DAY FROM THESE
SPAMMERS. THEY WON'T TAKE NO FOR AN ANSWER. I'VE TRIED IGNORING
THEM, HANGING UP ON THEM, SCREAMING AND CUSSING AT THEM, YET THE
CALLS KEEP COMING. THESE ARE THE WORST PHONE SPAMMERS I'VE EVER
RUN INTO. IF IT CONTINUES, I WILL START A LAWSUIT.

**Business Response**

12/23/2021

Hello ,

We take your complaint serious and have addressed this mater immediately upon receiving this
. We have placed your number ************** on our internal do not call list . This will not place
you on any national do not call list but if you go to this site you can register there as well

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 78 of 81 PageID #:87

https://www.donotcall.gov/ to reduce unwanted calls. We hope this resolution is satisfactory . Thank you for your patience as we worked to resolve your issue and address your complaint. We apologize for any issues this matter has caused you as we do our best to ensure any of our leads concerns are addressed. Please be aware your information was input into are marketing system from someone at your IP address . No further action required.


Sincerely


Q3M


**Complaint Type:** Problems with Product/Service     **Status:** Answered

11/12/2021

They are calling me at least 5 times a day? Always using another number.


**Business Response**                                            02/15/2022

We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you

**************

The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online: Visit DoNotCall.gov. By phone: Call ************** or TTY: **************.


**Complaint Type:** Problems with Product/Service     **Status:** Answered

11/12/2021

I am getting 2-4 phone calls a day from Quantum 3 Media and block every number after the calls. However, they keep calling back from different phone numbers and different locations. I just want them to stop calling!! Can you help me, please? Thanks very much.

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 79 of 81 PageID #:88

**Business Response**                                                    02/15/2022

We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online: Visit DoNotCall.gov. By phone: Call \*\*\*\*\*\*\*\*\*\*\*\*\*\* or TTY: \*\*\*\*\*\*\*\*\*\*\*\*\*\*.

---

**Complaint Type:** Advertising/Sales Issues      **Status:** Answered

11/10/2021

I am receiving numerous calls from this company to the extent of being harassment in spite of my attempts to block the calls. The company somehow gets past call blocking services. I have nothing to do with this company. I do not want to have anything to do with this company. Everytime I block a number, they call from a different number but are identified as the same company with a different address. This activity needs to be banned and against the law. IT IS HARASSMENT!!!

**Business Response**                                                    02/15/2022

We have evaluated and investigated your complaint and will place your telephone number listed in this complaint on our internal do not call list. We apologize for any disturbances this issue has caused you. The information we received to enable us to contact you was provided from someone using your IPaddress and input manually into our marketing data base. We have also included National Do not call list information as well so you can possibly limit other unwanted calls not related to our company. No further action will be taken by our company, and we consider this matter resolved. Thank you

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 80 of 81 PageID #:89

The National Do Not Call Registry lets you limit the telemarketing calls you receive. Stop unwanted sales calls by registering your phone number: Online: Visit DoNotCall.gov. By phone: Call *************** or TTY: ***************.

**Complaint Type:** Problems with Product/Service       **Status:** Answered

03/10/2021

They are literally harassing old people all day and selling bad insurance that ends up screwing you anf taking all your money in the end and they do not make you aware of this at the time. They are I guess in contracts with other insurers that sell insurance but they leave out A LOT of important details you should know before agreeing to the sell of the insurance. Again in which THEY DO NOT INFORM YOU that once you change IT WILL COST YOU so they're literally blindly robbing people and saying it is legal to do. I honestly feel they need to be SHUT DOWN this is a form of elder abuse for sure. Money laundering at it best from helpless old people who don't really grasp what they're doing to them. Never thought America would make it legal to rob old people but yet here they are falsifying sales and getting away with it.

**Business Response**                                                              03/24/2021

**Business Response** /* (1000, 8, 2021/03/17) */ Hello, We are a down line agency through TZ and we are regulated by outside agencies and hold quality as our number one objective on every call interaction . The information we receive is actually provided by the people we contact voluntarily online ,they enter in their information and our marketing company provides us the information as a potential lead . Often people are grateful we reach out to them to have on of our state licensed experts review and discus different Medicare and final expense coverage options . We do not force nor mislead anyone into purchasing different insurance options and we have a quality team internally that listens to calls and all of our agents advise anyone we speak with that the call is being recorded for quality and training purposes. We are very diligent in pushing quality as our top priority. Any sales we gain are voluntary and if mis-conduct is observed on a call we take swift corrective action . we have the ability to listen to all calls that are recorded and take all complaints very seriously. All of our sales agents have health insurance sales licenses and are certified as well . We make offers and the lead/customer has a choice to accept or decline our offer so nothing is ever forced and all information provided is accurate . We apologize for any instances in which a person we have contacted feels we were not professional and take all complaints seriously . There is a national do not call list in which people can have their name and number added at no cost and if a person request our company to cease calling them we have an internal do not call list we can add them to so our dialer will cease outbound calls to that particular person/number .Therefore no one we contact is forced to accept our calls . Thank you

Privacy - Terms

Case: 1:22-cv-02291 Document #: 1-2 Filed: 05/02/22 Page 81 of 81 PageID #:90

## Accreditation

This business is not BBB Accredited

## BBB Rating



**F**

Customer Reviews are not used in the calculation of BBB Rating

**Reasons for BBB Rating**

## Customer Complaints Summary

100 total complaints in the last 3 years  of those, 99 complaints were closed in last 12 months

| Complaint Type | Total Closed |
|---|---|
| Advertising/Sales | 35 |
| Billing/Collections | 0 |
| Delivery Issues | 4 |
| Guarantee/Warranty | 1 |
| Problem with a Product or Service | 60 |
| **Totals** | 100 |

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

Privacy - Terms